IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Robert Gene Rega, | ) | Civil Action No. 1:19-cv-00259-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Lorraine Rega, | ) | |
| | ) | |
| Defendant. | ) | |

The matters before the court are Plaintiff Robert Gene Rega's Motions for final order regarding the Magistrate Judge's Report and Recommendation ("Report"). (ECF Nos. 129, 131.) In short, Plaintiff expresses his frustration and impatience with the speed at which this court operates. (*See, e.g.,* ECF No. 131 at 2 ("Plaintiff believes, and therefore avers that this [c]ourt is maliciously seeking to run out the clock on the statute of limitations[.]").) Setting aside Plaintiff's speculation as to the court's intentions, the court assures Plaintiff that the Report will be addressed expeditiously and in accordance with the Civil Justice Reform Act of 1990, 28 U.S.C. § 476. To that extent, the court **GRANTS** Plaintiff Robert Gene Rega's Motions for final order (ECF Nos. 129, 131).

IT IS SO ORDERED.

*J. Michelle Childs*
United States District Judge

April 29, 2020
Columbia, South Carolina

1