IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Robert Gene Rega, | ) | Civil Action No.: 1:19-cv-00259-JMC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Lorraine Rega, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Robert Gene Rega filed this action against Defendant Lorraine Rega, his former sister-in-law, seeking damages for money, a laptop, and a home surveillance system he alleges she stole. (*See* ECF No. 15.) The parties are proceeding pro se.

This matter is before the court on Plaintiff's unopposed Motion for Pre-Trial Scheduling Order and Pre-Trial Management Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. (ECF No. 178.) Specifically, Defendant moves the court to issue a scheduling order addressing trial-related concerns to include motions in limine, presentation of exhibits, and how the trial will be conducted. (*Id.* at 1–2.)

Upon its review, the court observes that because it anticipates trying this matter in March of 2022, the court agrees with Plaintiff that it needs to promptly provide the parties with a schedule of events leading up to trial and so Plaintiff's Motion (ECF No. 178) is **GRANTED**. However, before the court enters said scheduling order, it will first address the parties' remaining pending motions.

IT IS SO ORDERED.

*J. Michelle Childs*
United States District Judge

December 10, 2021
Columbia, South Carolina

1